IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR147 |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| FERNANDO YBARRA, ) | |
| ) | |
| Defendant. ) | |

Defendant's Motion to Continue the plea hearing (Filing No. 15) is granted.

**IT IS ORDERED** that the Change of Plea hearing is continued to **August 29, 2006** at **1:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **July 26, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 27th day of July, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge